UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :

In re                                                 :         Chapter 11

CORPORATE RESOURCE SERVICES, Inc., *et al*.,   :         Case No. 15-12329 (MG)

                       Debtors.         :

------------------------------------------------------------------------X

# INABILITY TO APPOINT AN OFFICAL
## COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, the United States Trustee for Region 2, is unable to appoint an Official Committee of Unsecured Creditors pursuant to 11 U.S.C. § 1102 of the Bankruptcy Code.

Dated: New York, New York
         October 30, 2015

                                                      Respectfully submitted,

                                                      WILLIAM K. HARRINGTON
                                                      UNITED STATES TRUSTEE, REGION 2

                          By:    */s/ Brian S. Masumoto*
                                  Brian S. Masumoto
                                  Trial Attorney
                                  U.S. Department of Justice
                                  Office of the United States Trustee
                                  U.S. Federal Office Building
                                  201 Varick Street, Room 1006
                                  New York, NY 10014
                                  Tel. (212) 510-0500