# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
CORPORATE RESOURCE SERVICES, INC., *et al.*,[1]                    :   Case No. 15-12329 (MG)
                                                                   :
                                    Debtors.                       :   (Jointly Administered)
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## ORDER AUTHORIZING DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the application, dated November 10, 2015 (the "Application")[2] of James S. Feltman, not individually but solely in his capacity as the Chapter 11 trustee (the "Trustee") of the Debtors, by his proposed counsel, Togut, Segal & Segal LLP (the "Togut Firm"), for an order authorizing issuance of subpoenas for the production of documents and deposition testimony, it is hereby:

**ORDERED**, that the Application is granted to the extent set forth herein; and it is further

**ORDERED**, that the Trustee is authorized to issue subpoenas for the production of documents and for deposition testimony consistent with Rule 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), concerning business dealings with the Debtors including those related in any way to: (A) any asset sale, marketing effort relating to the Debtors' assets or any diligence relating to the Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) Corporate Resource Services, Inc. (1965); (2) Accountabilities, Inc. (5619); (3) Corporate Resource Development, Inc. (1966); (4) Diamond Staffing Services, Inc. (7952); (5) Insurance Overload Services, Inc. (9798); (6) Integrated Consulting Services, Inc. (2385); (7) The CRS Group, Inc. (1458); and (8) TS Staffing Services, Inc. (8647) (collectively, the "Debtors" or "CRS").

[2] Capitalized terms not defined herein shall have the meanings ascribed in the Application.

assets or the Transactions; and (B) the outstanding accounts receivable with the Former Customers. The subpoenas may be served upon all:

    (i) purchasers of Debtor assets (including, among others identified on <u>Exhibit 1-A</u> attached hereto, Noor Staffing Group, LLC, Culmin Staffing Group, LLC, Flex Employee Services, LLC, Staff Management Group LLC, Chartwell Staffing Solutions, and Abest Power & Gas, LLC);

    (ii)    professionals or institutions of Purchasers or others involved in the Transactions (including, among others identified on <u>Exhibit 1-B</u> attached hereto, Wells Fargo Bank N.A. and Focus Management Group), any current or former employee, principal, agent, officer, or owner thereof, (including those identified on <u>Exhibit 1-C</u> attached hereto); and

    (iii)    the Former Customers (including the 102 listed on <u>Exhibit 2-B</u> attached hereto with outstanding accounts receivable in excess of $30,000), their current and former officers, directors, and employees, and any other entities or persons involved with collection activities and/or accounts receivable write-off decisions, (including, among others identified on <u>Exhibit 2-A</u> attached hereto, Yolanda Trippiedi, Henry Ewen, Robert Riiska, and Wells Fargo Bank N.A.); and it is further

    **ORDERED**, that subpoenas authorized by this Order may be served by the Trustee by FedEx or any other method of service permitted under Bankruptcy Rule 9016 (or by other means agreed to by the subpoenaed parties); and it is further

**ORDERED**, if any entity or person who receives a subpoena for the production of documents pursuant to this Order withholds any document on the basis of an asserted privilege, that entity is directed to provide a privilege log in accordance with Bankruptcy Rule 7026 to the Togut Firm, One Penn Plaza, Suite 3335, New York, New York 10119, Attn.: Kyle J. Ortiz, Esq., so as to be received with the document production required by the subpoena, or at such time as mutually agreed to by the Trustee and the subpoenaed entity or person; and it is further

**ORDERED**, that any subpoena issued pursuant to this Order shall provide at least 14 days notice to the recipient to provide the recipient an opportunity to object to the subpoena or to file any motion with the Court; and it is further

**ORDERED**, that entry of this Order is without prejudice to the rights of the Trustee or any other party to apply for any further relief, including, but not limited to, further relief under Bankruptcy Rule 2004; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine any and all matters arising from the interpretation and/or implementation of this Order.

Date:  November __, 2015
      New York, New York

                HONORABLE MARTIN GLENN
                UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

**A. The Purchasers and Other Entities That Were Parties or Potential Parties to Transactions**

1. Noor Staffing Group, LLC
2. Culmin Staffing Group, LLC
3. Flex Employee Services, LLC
4. Staff Management Group LLC
5. Chartwell Staffing Solutions
6. Chartwell Alliance Group
7. GP Renewable & Trading LLC
8. BP P.L.C.
9. BP Energy Company
10. Abest Power & Gas, LLC
11. Abest Power Holdings, LLC
12. Rosa Power, LLC
13. Lyneer Staffing
14. Masis Staffing
15. Rosa Power, LLC

**B. Professionals or Institutions Who Participated or Advised in Connection with the Transactions or Potential Transactions**

16. Wells Fargo Bank N.A.
17. Focus Management Group
18. Transcend Valuation
19. Realization Services Inc.
20. KPMG
21. Carl Marks Advisory Group LLC

22. Crowe Horwath LLP

23. Andersen Tax LLC

24. Kinsella, Weitzman, Iser, Kump & Aldisert

25. SSG Capital Advisors, LLC

26. Advanced Risk Solutions

27. Ernst & Young LLP

28. Gage Consulting LLC

29. Reed Smith LLP

30. Wilmer Cutler Pickering Hale and Dorr LLP

31. Protiviti, Inc.

32. CIT Financial

33. Rosen Seymour Shapss Martin & Company LLP

34. Salues Capital Partners

35. BVA Group

36. PNC Bank

37. Frankie V Consultants

**C. Current or Former Employees, Principals, Agents, Officers, and Other Persons Involved in the Transactions**

38. John Messina

39. Frank Vacarro

40. Michael J. Augusta

41. Robert Riiska

42. Steven Dexter

43. Robert Miles

44. Henry Ewen

45. James Foley

46. Frank Rosa

47. Yolanda Trippiedi

48. Michael Golde

49. Mark Levine

50. Joseph Ciaverella

# Exhibit 2

**A. Entities or Persons Involved with Collection Activities and/or Write-Off Decisions**

1. Yolanda Trippiedi
2. Henry Ewen
3. Robert Riiska
4. Wells Fargo Bank N.A.
5. Richard C. Burns

**B. Former Customers with Unpaid Accounts Receivable in Excess of $30,000**

6. American Logistics
7. Optical Expert Mfg
8. Special Dispatch
9. Horizon Logistics
10. Jaemar Sales
11. North Bay Distribution, Inc.
12. TNT Plastic Molding Inc
13. Ko Fro Foods
14. Simply Natural Food
15. Plenus Group
16. Capacity
17. Orion
18. O'Neil Logistics Ca LLC
19. Pafoc
20. Global Response
21. American International
22. Sullivan Stone Factory

23. Distribution Alternatives

24. Port Logistics Santa Fe

25. Sully Green Inc.

26. Evy of California

27. Sardill Produce

28. JC Penny

29. Premier Packaging, Inc

30. O.W. Lee Company, Inc.

31. Essentials Inc.

32. Qc Poultry

33. RI Environmental

34. Sea Breeze Packaging

35. Pacific Vial Mfg. Inc.

36. Orange County Sandbagger

37. Grove Products, Inc.

38. Clay N. Cookies Café

39. Supreme Castings and Pattern Company

40. RLS Industries

41. Hydro Quip

42. South Valley

43. Hector's Plumbing

44. Ingrid's Assoc – Bakersfield Staffing

45. Castle & Cooke

46. Trinity Construction

47. Yoshimura Research & Development of America

48. St. George

49. B & B Pipe & Tool Co.

50. J.D. Heiskell

51. Noble Care Transport

52. Garza's Painting

53. Royal T. Management

54. Double Tree

55. Amber Chemical

56. Larry Carson Four C's

57. Peterson Production Co. LLC

58. Juarez Construction

59. Becka Construction

60. Muscle Grub

61. Vega's Painting

62. Timothy Albert Escalante Construction

63. General Production Service

64. Gundlach's

65. SM Lawn

66. Paramount Citrus

67. Nychhc

68. HRA OSC/OCSS

69. Papa Johns

70. Staff Management – Aramark II

71. Guidant

72. Universal Logistics

73. Mercy Nursing

74. Bergen

75. Tactical Logistic

76. Haulers Hwy

77. R. Garcia

78. S&W Plastics

79. La Ronga Bakery

80. Ingram

81. Lemus

82. Sybron

83. Mr. Wheat Inc.

84. Roberts Precut

85. Hyatt Regency

86. Jacobi Medical Center

87. NRS

88. M Perez

89. American Non-woven

90. YY Velocity USA LLC

91. Marc Jacobs

92. Yusen Logistics (American) Inc.

93. NRC

94. P Bravo

95. List Logistics LLC

96. Vision Express

97. H&M International Transportation

4

98. Yankee Clipper Distribution Inc.

99. Dependable Food

100. Harlem Hospital

101. Priority Packaging Solutions

102. List Distributions

103. United Fibers

104. A Palafox

105. Alliant Manufacturing LLC

106. North Coast Seafood

107. Liberty Health