UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Corporate Resource Services, Inc.                       Case No. 15-12329
          Debtor                                    Reporting Period: September 2015

                                          Federal Tax I.D. #        80-0551965

## CORPORATE MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | |
| Copies of bank statements | | Available Upon Request | |
| Cash disbursements journals | | No | |
| Statement of Operations | MOR-2 | Yes | |
| Balance Sheet | MOR-3 | Yes | |
| Status of Post-petition Taxes | MOR-4 | Yes | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | |
| Listing of Aged Accounts Payable | | No | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | |
| Taxes Reconciliation and Aging | MOR-5 | Yes | |
| Payments to Insiders and Professional | MOR-6 | Yes | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Yes | |
| Debtor Questionnaire | MOR-7 | Yes | Yes |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____       Date _____

Signature of Authorized Individual _____       Date 01/19/2016

Printed Name of Authorized Individual: James Feltman, Chapter 11 Trustee       Date _____

**General Disclaimer and Limitations:**
Immediately following the Trustee's appointment on September 25, 2015, the Trustee's Accountant took possession of the Debtor's books and records. The Trustee's Accountant have been maintaining the books and records subsequent to the Trustee's appointment. Certain accrual information contained herein has not been fully analyzed and the Trustee reserves the right to amend this Monthly Operating Report if new or additional information becomes available.

Post-petition, the Debtor's book and records have been maintained on a consolidated basis (parent and operating subsidiaries). The Trustee anticipates maintaining consolidated reporting going forward. Consequently, the Trustee does not plan to prepare or file separate Monthly Operating Reports for each of the Debtor's subsidiaries. However, information is available to the Trustee regarding collections of accounts receivable data which is provided on an operating subsidiary level.

Post-petition through November 24, 2015 (date of the Stipulation between the Trustee and Wells Fargo), the Debtor's former lender received and applied material amounts of accounts receivable collections. The lender set off and paid certain costs and fees associated with their loan as well as winding down the Debtor affairs and certain costs of affiliates. At the present time, the Trustee is unable to determine the nature and extent of those set-offs and expenses. Consequently, such amounts are not recorded in these Monthly Operating Reports.

In re  Corporate Resource Services, Inc.

SOUTHERN DISTRICT OF NEW YORK

Case No.  15-12329

Reporting Period:  September 2015

## MOR - 1:  SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| BANK ACCOUNT # | TD BANK ACCOUNTS | | | | | | WELLS FARGO ACCOUNT | | TOTAL ACCOUNTS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | TD #4553 | | TD #4587 | | TD #4708 | | WF #8219 | | |
| CRS Bank Balance as of August 31, 2015 | $ | 10,000 | $ | 270,781 | $ | - | $ | 62,331 | $ | 343,112 |
| **RECEIPTS** | | | | | | | | | | |
| Deposit | $ | - | $ | - | $ | 378,279 | $ | - | $ | 378,279 |
| Wells Fargo Advance | | | | 125,000 | | - | | - | | 125,000 |
| Internal Transfer | | - | | - | | - | | - | | - |
| Check Posted and Returned | | - | | - | | 345,326 | | - | | 345,326 |
| Interest | | 0.4 | | - | | - | | - | | 0.4 |
| **TOTAL  RECEIPTS** | $ | 0.4 | $ | 125,000 | $ | 723,606 | $ | - | $ | 848,606 |
| **DISBURSEMENTS** | | | | | | | | | | |
| Check Paid | $ | - | $ | 55,112 | $ | - | $ | - | $ | 55,112 |
| Internal Transfer | | - | | - | | - | | - | | - |
| Payroll | | - | | 82,398 | | - | | - | | 82,398 |
| Utilities | | - | | 5,903 | | - | | - | | 5,903 |
| Professionals | | - | | 25,807 | | - | | - | | 25,807 |
| Check Posted and Returned | | - | | - | | 345,326 | | - | | 345,326 |
| Other Debit | | - | | 1,649 | | - | | - | | 1,649 |
| Fees | | - | | 25 | | - | | 8,634 | | 8,659 |
| **TOTAL DISBURSEMENTS** | $ | - | $ | 170,893 | $ | 345,326 | $ | 8,634 | $ | 524,854 |
| **NET CASH FLOW** | $ | 0.4 | $ | (45,893) | $ | 378,279 | $ | (8,634) | $ | 323,752 |
| CRS Bank Balance as of September 30, 2015 | $ | 10,000 | $ | 224,888 | $ | 378,279 | $ | 53,697 | $ | 666,864 |

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:**

| | |
| --- | --- |
| TOTAL DISBURSEMENTS | $ 524,854 |
| LESS:  TRANSFERS TO OTHER ACCOUNTS | - |
| LESS:  CHECKS POSTED AND RETURNED | (345,326) |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QTRLY FEE** | $ 179,528 |

### Notes

The information above was created based on reporting provided by each respective bank for each bank account.

Returned items may cause duplicative disbursements.

As of the date of this report, the Trustee does not have control of the Wells Fargo bank account.

The Trustee opened two new bank accounts at Union Bank, #3722 in September 2015 and #3755 in January 2016.  There has been no activity in each account as of the filing date of this report.

Receivables collected in September 2015 and prior periods were collected by Wells Fargo and were not remitted to the Debtor.  Those amounts are not reflected above.

Prior to the bankruptcy, Wells Fargo engaged a collections agency to collect account receivables.  This agency continued to collect and hold onto cash collections (post petition) to the amount of $45,000.  As of the date of the filing of this report, those amounts are not in control by the Debtor.

In re  Corporate Resource Services, Inc.

SOUTHERN DISTRICT OF NEW YORK

Case No. 15-12329

Reporting Period:  September 2015

## MOR - 1: BANK RECONCILIATIONS

| BANK ACCOUNT # | TD BANK ACCOUNTS | | | WELLS FARGO BANK ACCOUNT | TOTAL ACCOUNTS |
| --- | --- | --- | --- | --- | --- |
| | TD #4553 | TD #4587 | TD #4708 | WF #8219 | |
| Bank Balance as of September 30, 2015 | $      10,000 | $      224,888 | $      378,279 | $      53,697 | $      666,864 |
| Checks Outstanding as of September 30, 2015 | - | - | - | - | - |
| Cash Book Balance | $      10,000 | $      224,888 | $      378,279 | $      53,697 | $      666,864 |

Notes

Based on the books and records of the Debtor, there does not appear there any outstanding checks in any bank account.

In re Corporate Resource Services, Inc.                          Case No. 15-12329
SOUTHERN DISTRICT OF NEW YORK              Reporting Period: September 2015

## MOR-2: STATEMENT OF OPERATIONS (Income Statement)

| | September 2015 | | Cumulative Since Filing Date | |
|---|---:|---|---:|---|
| **Revenues** | | | | |
| Revenue | $ | - | $ | - |
| **Total Revenues** | $ | - | $ | - |
| | | | | |
| **Cost of Sales** | | - | | - |
| | | | | |
| **Gross Profit** | $ | - | $ | - |
| | | | | |
| **Operating Expenses** | | | | |
| Advertising | $ | - | $ | - |
| Auto and Truck Expense | | - | | - |
| Bad Debts | | - | | - |
| Contributions | | - | | - |
| Employee Benefit Programs | | 6,981 | | 15,160 |
| Officer/Insider Compensation | | - | | - |
| Insurance | | 40,016 | | 60,023 |
| Management Fees/Bonuses | | - | | - |
| Office Expense | | 325 | | 1,238 |
| Pension and Profit-Sharing Plans | | - | | - |
| Repairs and Maintenance | | - | | - |
| Rent and Lease Expense | | 26,910 | | 47,542 |
| Salaries/Commissions/Fees | | 44,616 | | 298,415 |
| Supplies | | - | | - |
| Taxes - Payroll | | - | | - |
| Taxes - Real Estate | | - | | - |
| Taxes - Other | | - | | - |
| Travel and Entertainment | | 2,396 | | 4,965 |
| Utilities | | 3,111 | | 4,334 |
| Collections (1) | | (38,000) | | 22,681 |
| Bank Charges | | 8,659 | | 8,749 |
| Professional Fees | | 25,000 | | 53,008 |
| Uncategorized Expenses | | - | | - |
| **Total Operating Expenses Before Depreciation** | ($ | 120,014) | ($ | 516,116) |
| Depreciation/Depletion/Amortization | | - | | 1,600 |
| **Net Profit (Loss) Before Other Income and Expenses** | ($ | 120,014) | ($ | 517,716) |
| **Other Income and Expenses** | | | | |
| Interest Income | $ | 0.4 | $ | 0.4 |
| Miscellaneous refunds from Pre-Petition | | 1,222 | | 19,522 |
| Return refund item | | - | | (314) |
| **Total Other Income** | $ | 1,223 | $ | 19,208 |
| | | | | |
| **Net Income (2)** | ($ | 118,791) | ($ | 498,508) |

**Note**

(1) The Debtor adjusted the amount of the collection agency accrual prior to the Trustee's appointment.

(2) The cumulative post-petition Net Income is approximately $3,040 lower than the Retained Earnings amount located in the Balance Sheet. Although the variance was booked prior to the appointment of the Trustee, his Financial Accountant will subsequently investigate and rectify the variance.

In re Corporate Resource Services, Inc.                          **Case No.** 15-12329
**SOUTHERN DISTRICT OF NEW YORK**               **Reporting Period:** September 2015

### MOR-3: BALANCE SHEET

|  | September 30, 2015 | | August 31, 2015 | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Unrestricted Cash and Equivalents | $ | 613,168 | $ | 270,781 |
| Restricted Cash and Cash Equivalents | | 53,697 | | 72,331 |
| Accounts Receivable (Net) (1) | | 12,992,829 | | 14,367,304 |
| Notes Receivable | | 3,315,000 | | 3,315,000 |
| Inventories | | - | | - |
| Prepaid Expenses | | - | | - |
| Professional Retainers | | - | | - |
| Related Party Receivable (2) | | 1,496,743 | | 1,496,743 |
| Security Deposit | | 119,711 | | 116,941 |
| Due from Wells Fargo | | 3,635,257 | | 2,762,838 |
| **Total Current Assets** | $ | **22,226,403** | $ | **22,401,938** |
| **Property and Equipment** | | | | |
| Real Property and Improvements | $ | - | $ | - |
| Machinery and Equipment | | 30,508 | | 30,508 |
| Furniture, Fixtures and Office Equipment | | - | | - |
| Leasehold Improvements | | 56,770 | | 56,770 |
| Vehicles | | - | | - |
| Less: Accumulated Depreciation | | (48,003) | | (48,003) |
| **Total Property and Equipment** | $ | **39,275** | $ | **39,275** |
| **Other Assets** | | | | |
| Equity Investment Net (3) | $ | 300,000 | $ | 300,000 |
| **Total Other Assets** | $ | **300,000** | $ | **300,000** |
| **TOTAL ASSETS** | $ | **22,565,679** | $ | **22,741,213** |
| | | | | |
| **LIABILITIES AND CAPITAL** | | | | |
| **Liabilities Not Subject to Compromise (Post Petition)** | | | | |
| Accounts Payable | $ | 14,097 | $ | 5,660 |
| Taxes Payable | | - | | - |
| Wages Payable | | - | | 30,801 |
| Notes Payable | | - | | - |
| Rent/Leases-Building/Equipment | | - | | - |
| Secured Debt/Adequate Protection Payments | | - | | - |
| Professional Fees | | - | | - |
| Amounts Due to Insiders | | - | | - |
| Due to Factor Wells Fargo | | - | | - |
| Collections Fees Accrual | | - | | 38,000 |
| **Total Post Petition Liabilities** | $ | **14,097** | $ | **74,460** |
| **Liabilities Subject to Compromise (Pre Petition)** | | | | |
| Secured Debt | | - | $ | - |
| Priority Debt (Accrued Salaries - Pre-Petition) | | 29,256 | | 29,256 |
| Unsecured Debt (4) | | 52,455,647 | | 52,455,647 |
| **Total Pre Petition Liabilities** | $ | **52,484,904** | $ | **52,484,904** |
| **Total Liabilities** | $ | **52,499,000** | $ | **52,559,364** |

In re Corporate Resource Services, Inc.                    Case No. 15-12329
  **SOUTHERN DISTRICT OF NEW YORK**           **Reporting Period:** September 2015

## MOR-3: BALANCE SHEET

| | September 30, 2015 | | August 31, 2015 | |
|---|---|---|---|---|
| **Owner's Equity** | | | | |
| Capital Stock | $ | 15,964 | $ | 15,964 |
| Additional Paid-In Capital | | 37,859,546 | | 37,859,546 |
| Partner's Capital Account | | - | | - |
| Owner's Equity Account | | - | | - |
| Retained Earnings - Pre Petition | | (67,313,365) | | (67,313,365) |
| Retained Earnings - Post Petition | | (495,468) | | (380,297) |
| Adjustments to Owner Equity | | - | | - |
| Post Petition Contributions | | - | | - |
| **Total Owner's Equity** | $ | (29,933,322) | $ | (29,818,151) |
| **TOTAL LIABILITIES AND OWNER'S EQUITY** | $ | 22,565,678 | $ | 22,741,213 |

### Note

(1) The Trustee and his advisors are evaluating the Accounts Receivable balance. The activity for this period is to account for the Disputed OAP customer payments received by Wells Fargo.

(2) This amount represents an intercompany receivable from its affiliate related to i) services provided to Tri-State Employment Services, Inc. by a subsidiary of the Debtor that was sold, ii) amounts collected by Tri-State Employment Services, Inc. related to services provided to third parties by a subsidiary of the Debtor that was sold.

(3) Represents Debtor's investment in Abest Power and Gas. The Trustee believes that this equity value may not have any value as of filing of this report. Further diligence is required before any additional adjustments are booked.

(4) The majority of this balance is owed to TS Employment, Inc. The Trustee continues to review and reconcile intercompany amounts between all known affiliates.

In re Corporate Resource Services, Inc.                                    Case No. 15-12329
SOUTHERN DISTRICT OF NEW YORK                      Reporting Period: September 2015

## MOR-4: STATUS OF POST-PETITION TAXES

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

| Federal | Beginning Tax Liability | September 2015 Tax Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Total Federal Taxes | | | | | | $      - |

| State and Local | Beginning Tax Liability | September 2015 Tax Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Total State and Local | | | | | | |

| | Beginning | | | | | Ending |
|---|---|---|---|---|---|---|
| Total Taxes | $          - | $          - | $          - | | | $          - |

**Notes**
The Debtor engaged Idilus, LLC as its Professional Employer Organization ("PEO").  Idilus, LLC has been paying Debtor related taxes on its behalf.

## MOR-4: SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Accounts Payable | $      14,097 | | | | | |

**Notes**

In re Corporate Resource Services, Inc.
SOUTHERN DISTRICT OF NEW YORK

Case No. 15-12329
Reporting Period:  September 2015

## MOR-5: ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable (Net) at the beginning of the reporting period | $  14,367,304 |
| Plus:  Amounts billed during the period | |
| Less:  Amounts collected during the period | (1,374,475) |
| Total Accounts Receivable( Net) at the end of the reporting period | $  12,992,829 |

Note

Represent changes in Net Accounts Receivable as shown in the Debtor's Balance Sheet herein.  These amounts do not include the Note Receivable, Related Party Receivable, or amounts due from Wells Fargo.  The majority of the activity for this period is to account for the Disputed OAP customer payments received by Wells Fargo.

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| Total Accounts Receivable | | | | $  12,992,829 | $  12,992,829 |
| Less:  Bad Debts (Amount considered uncollectible) | | | | $ | $ |
| Net Accounts Receivable | $  - | $  - | $  - | $  12,992,829 | $  12,992,829 |

Note
The Accounts Receivable Aging / Balance was provided by the Debtor to the Trustee with no explanation regarding the previous write-downs by the Debtor prior to his appointment.  The Trustee and his advisors are evaluating the Accounts Receivable balance.

## MOR-5: TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| | | | | | $  - |

Note
The Debtor engaged Idilus, LLC as its Professional Employer Organization ("PEO").  Idilus, LLC has been paying Debtor related taxes on its behalf.

In re Corporate Resource Services, Inc.  **Case No.** 15-12329
  **SOUTHERN DISTRICT OF NEW YORK**  **Reporting Period:** September 2015

## MOR-6: PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| None | n/a | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ - | $ - |

Note _____

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| SSG Capital Advisors, LLC | | | $ 25,000 | $ 25,000 | $ - |
| Duff and Phelps, LLC (1) | | | | | 1,100,000 |
| Togut, Segal & Segal LLP (1) | | | | | 1,050,000 |
| Stroz Friedberg, LLC (2) | | | | | 191,708 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | $ - | | $ 25,000 | $ 25,000 | $ - |

\* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

Note _____
After the Debtors filing, SSG Capital Advisors acted as the Debtor's Chief Restricting Officer and paid itself fees prior to the appointment of the Trustee. SSG Capital Advisors retention was never approved by the bankruptcy court.

(1) Estimate amount includes fees and expenses incurred since the Trustee's appointment to December 31, 2015.

(2) Amounts includes fees and expenses incurred since the Trustee's appointment to November 30, 2015.

## MOR-6: POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Daror Associates, Inc. | $13,455 | $13,455 | $13,455 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | $13,455 | $13,455 |

Note _____
The lease for the Debtor's remaining location expires on January 31, 2016.

In re Corporate Resource Services, Inc.                          Case No. 15-12329
SOUTHERN DISTRICT OF NEW YORK                        Reporting Period: September 2015

## MOR-7: DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | Response |
|---|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | | The Debtor's Wells Fargo bank account is not a DIP account and there were service fees charged to this account (see comment under General Disclaimer and Limitations). |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X | |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X | The Debtor has workers compensation coverage through its PEO (Idilus) and other necessary insurance coverage through UNFCU Financial Services LLC. |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X | |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X | |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X | |
| 8 | Are any post petition payroll taxes past due? | | X | |
| 9 | Are any post petition State or Federal income taxes past due? | | X | |
| 10 | Are any post petition real estate taxes past due? | | X | |
| 11 | Are any other post petition taxes past due? | | X | |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X | |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X | |
| 14 | Are any wage payments past due? | | X | |
| 15 | Have any post petition loans been received by the Debtor from any party? | | X | |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | X | | The Debtor will be disbursing a check in the week ending January 22, 2016 for UST Fees relating to Q3 2015 and Q4 2015. |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X | |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X | |