UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: 
In re: : Chapter 11
:
CORPORATE RESOURCE SERVICES, INC., *et al*.,[1] : Case No. 15-12329 (MG)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------ x

## ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO ABANDON AND DISPOSE OF THE DEBTORS' REMAINING BOOKS AND RECORDS

Upon the application (the "Application")[2] of James S. Feltman, not individually but solely in his capacity as the Chapter 11 trustee (the "Trustee") of the estates of Corporate Resources Services, Inc. and its affiliated debtors (the "Debtors"), by his attorneys, Togut, Segal & Segal LLP, for an order (this "Order") authorizing the Trustee to abandon and, where necessary, dispose of the Estate Property and to expend estate funds to do so, pursuant to 11 U.S.C. §§ 363 and 554(a), Bankruptcy Rule 6007(a) and Local Bankruptcy Rule 6007-1; and upon the Trustee's Declaration in support of the Application; and good and sufficient notice of the Application having been given in accordance with the Scheduling Order (ECF Doc. # 1223); and the Trustee having filed a Certificate of No Objection pursuant to Local Bankruptcy Rule 9075-2 (ECF Doc. # 1231); and it appearing that good and sufficient cause has been shown to permit the Trustee to abandon and dispose of the Estate Property; it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (1) Corporate Resource Services, Inc. (1965); (2) Accountabilities, Inc. (5619); (3) Corporate Resource Development Inc. (1966); (4) Diamond Staffing Services, Inc. (7952); (5) Insurance Overload Services, Inc. (9798); (6) Integrated Consulting Services, Inc. (2385); (7) The CRS Group, Inc. (1458); and (8) TS Staffing Services, Inc. (8647).

[2] Capitalized terms used in this Order and not otherwise defined shall have the meanings ascribed to such terms in the Application.

**ORDERED,** that the relief sought in the Application is granted to the extent set forth herein; and it is further

**ORDERED,** that the Trustee is hereby authorized to abandon and dispose of the Estate Property, and he is authorized to expend estate funds to effectuate such abandonment and disposal; and it is further

**ORDERED,** that the Trustee shall use reasonable efforts to ensure that the manner in which the Estate Property are abandoned and disposed of avoids the dissemination of confidential and personal identifying information; and it is further

**ORDERED,** that this Court shall retain jurisdiction respecting any matters related to, or arising from, the implementation of this Order.

**IT IS SO ORDERED.**
Dated: June 8, 2022
      New York, New York

                                                                 /s/ Martin Glenn
                                                                MARTIN GLENN
                                              Chief United States Bankruptcy Judge